DATE:  December 2, 2025

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Robert K. Harwood, L.C.*
   v. *Juan Carlos Aranibar Chinchilla, et al.*
   Record No. 1600-24-4
   Opinion rendered by Judge Ortiz on
   September 30, 2025

2. *Reston Anesthesia Associates, P.C., et al.*
   v. *Elizabeth S. Bandy*
   Record No. 1792-23-4
   Opinion rendered by Judge Friedman on
   October 7, 2025

3. *Michael Steven Foster*
   v. *Susan McNamara*
   Record No. 0996-24-2
   Opinion rendered by Senior Judge Clements on
   October 14, 2025

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1.  *Jane Doe*
      v. *Joseph Robert Green, Jr.*
      Record No. 1450-22-4
      Opinion rendered by Judge Chaney
        on August 6, 2024
      Judgment of Court of Appeals affirmed by opinion rendered
        on November 26, 2025
        (240794)

2.  *P.J. Potter Enterprises, Inc., et al.*
      v. *Comfort Systems of Virginia, Inc., et al.*
      Record No. 0599-24-1
      Opinion rendered by Judge Raphael
        on February 25, 2025
      Refused (250222)

The Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1. *Ticonderoga Farms, LLC, et al.*
   *v. Alexandra B. Knop, et al.*
   Record No. 1590-22-4
   Memorandum opinion rendered by Judge AtLee
   on June 11, 2024
   Judgment of Court of Appeals affirmed by opinion rendered
   on November 6, 2025
   (240772)

2. *David Michael Jackson*
   v. *Commonwealth of Virginia*
   Record No. 1065-23-4
   Memorandum opinion rendered by Judge Frucci
   on August 27, 2024
   Judgment of Court of Appeals reversed and final judgment entered by opinion rendered
   on November 20, 2025
   (240843)